ACCEPTED
14-14-00887-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 2:29:57 PM
CHRISTOPHER PRINE
CLERK

**MARY ALDOUS**
First Assistant

**TRAVIS TOWNSEND**
Chief – Criminal Division

**RAETHELLA JONES**
Chief - Civil Division

**VICKI KRAEMER**
Chief Investigator



# JERI YENNE

**CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 2:29:57 PM
CHRISTOPHER A. PRINE
Clerk

August 27, 2015

Fourteenth Court of Appeals
ATTN: Christopher A. Prine, Clerk of the Court
301 Fannin, Suite 245
Houston, Texas 77002

   RE: *The State of Texas vs. Rolando Perez*, No. 14-14-00887-CR;
      Appearance of Counsel at Oral Argument

Dear Mr. Prine:

  The above-referenced case has been set for submission on oral argument on October 28, 2015, at 10:30 a.m. Undersigned counsel, Michelle R. Townsend, will present argument for the State of Texas.

          Respectfully,

          */s/ Michelle R. Townsend*

          **MICHELLE R. TOWNSEND**
          Assistant District Attorney
          Brazoria County, Texas
          111 E. Locust, Suite 408A
          Angleton, Texas  77515
          (979) 864-1230
          State Bar Number: 24049295

cc:  Crespin Michael Linton
   Attorney at Law
   440 Louisiana, Suite 900
   Houston, Texas  77002

COUNTY COURTHOUSE, 111 E. LOCUST, SUITE 408A, ANGLETON, TEXAS  77515

| Angleton Area | Brazosport Area | Houston Area | Fax-Criminal Division | Fax-Civil Division | Fax-CPS Division |
|---|---|---|---|---|---|
| (979) 864-1230 | (979) 388-1230 | (281) 756-1230 | (979) 864-1525 | (979) 864-1712 | (979)-849-8914 |